## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Erik T. Robinson
    Plaintiff/Atty ProSe

V.

Cervelle et al
    Defendants

§
§
§
§
§
§
§
§

Case 08cv1592   *08-1592*

### PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT

    Plaintiff hereby Motions for this Court, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970) to grant a Partial Judgment between himself and one of the Defendants; Inca Designs.

    Plaintiff avers that all matters in controversy and dispute between these two parties have been settled to their mutual satisfaction, and that this Court shall not assign damages or declaratory judgment against Inca Designs, that any other costs shall be assigned to the party eventually incurring them by order of the Court and any relief not specifically granted herein be denied.

    This disposes of all issues between Plaintiff and Defendant Inca Designs only and shall not effect any outcome between Plaintiff and the remaining Defendants.

Respectfully Submitted,

_____
Erik T. Robinson- Plaintiff/Atty Pro Se

Sept/9/2008
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Erik T. Robinson<br>    Plaintiff/Atty ProSe | §<br>§<br>§<br>§ | |
| V. | §<br>§ | Case 08cv1592 |
| Cervelle et al<br>    Defendants | §<br>§<br>§ | |

## ORDER

Whereas it has been reported to this Court that the issues between Plaintiff Erik T. Robinson and Defendant Inca Designs have been settled to the satisfaction of these parties, and upon Plaintiff's Motion for Partial Judgment pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure (effective January 1, 1970), it is hereby ordered that this action is DISMISSED WITH PREJUDICE, pursuant to the agreement of counsel, without costs, as to the above named parties only.

SIGNED this _____ day of _____ 2008

_____
Honorable John P. Fullam
Presiding Judge