# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-4288

Erik Robinson v. Cervelle Grp, et al

2-08-cv-01592

## O R D E R

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc:

Paul J. Datte, Esq.
S. Tessie Kenney, Esq.
Fred T. Magaziner, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  January 27, 2010